UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------

SEALED PLAINTIFF, a Minor Child,

                Plaintiff,

- vs -

WILLIAM FARBER, both Individually, and
as the Chief of Police of the Village of
St. Johnsville; THE VILLAGE OF ST. JOHNSVILLE;
and ST. JOHNSVILLE POLICE DEPARTMENT,

                Defendants.

----------------------------------

02-CV-1449

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

AUG 09 2005

LAWRENCE K. BAERMAN, Clerk
UTICA

DAVID N. HURD
United States District Judge

## ORDER

Pursuant to the oral decision entered into the record after hearing oral argument on August 5, 2005, in Utica, New York, it is hereby

ORDERED that

1. Defendants' motion for summary judgment of the § 1983 claims is DENIED;

2. Defendants' motion for summary judgment of the state law claims is GRANTED;

3. The state law claims are DISMISSED; and

4. Plaintiff's cross-motion to lift the seal as to all parties but the infant plaintiff and infant witnesses is GRANTED.

IT IS SO ORDERED.

                                                _____
                                                United States District Judge

Dated: August 9, 2005
           Utica, New York.